Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com
Attorney for Plaintiff MONIQUE HAYDEE QUILES for
MICHAELA K.A. YBARRA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION- LOS ANGELES

| | |
|---|---|
| MICHAELA K.A. YBARRA,<br><br>                          Plaintiff,<br><br>                   v.<br><br>FRANK BISIGNANO[1],<br>Commissioner of Social Security,<br><br>                          Defendant | CASE NO.  2:25-cv-04747-~~MRA~~-BFM<br><br>[PROPOSED] ORDER FOR AWARD<br>OF EQUAL ACCESS TO JUSTICE<br>ACT ATTORNEY FEES<br>PURSUANT TO 28 U.S.C. §2412(d) |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$3,618** as authorized by 28 U.S.C. § 2412.

Dated: 3/2/2026

_____
HONORABLE BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Federal Rule of Civil Procedure 25(d), He should be substituted as the defendant in this suit. Per the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), no further action need be taken to continue this suit.